FRANK A. WEISER (#89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 1212
Los Angeles, California 90010
(213) 384-6964  - (voice)
(213) 383-7368  - (fax)
maimons@aol.com - (e-mail)

Attorney for Plaintiffs
KALPESH SOLANKI, MILL
CREEK INVESTMENTS LLC,
EXECUTIVE CAPITAL
INVESTMENTS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALPESH SOLANKI; MILL CREEK INVESTMENTS LLC; EXECUTIVE CAPITAL INVESTMENTS LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, a municipal corporation; MICHELLE LECAVALIER; TINA GRIGORIAN; CLAUDE BEEKS; and DOES 1-10 inclusive, <br><br> Defendants. | No. CV16-3288 DMG(GJSx) <br><br> NOTICE OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO SETTLEMENT OF CASE |

1  TO THE CLERK OF THE COURT:

2  PLEASE TAKE NOTICE THAT Plaintiffs ("Plaintiffs") hereby files a voluntary dismissal of the entire action <u>with prejudice</u> against all of the Defendants in this action, COUNTY OF LOS ANGELES, a municipal corporation, MICHELLE LECAVALIER, TINA GRIGORIAN, and CLAUDE BEEKS, and Does 1-10 inclusive ("Defendants") pursuant to Federal Rule of Civil Procedure Rule 41(1)(A)(ii).

The plaintiffs and defendants have settled the case pursuant to a Settlement Agreement and Release Agreement entered into between the parties.

DATED: October 5, 2018          LAW OFFICES OF FRANK A. WEISER


                                By: _____
                                FRANK A. WEISER, Attorney
                                for Plaintiffs KALPESH
                                SOLANKI, MILL CREEK
                                INVESTMENTS LLC, EXECUTIVE
                                CAPITAL INVESTMENTS LLC

IT IS HEREBY STIPULATED, that the entire action be dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), each party to bear their own costs and attorney fees.

Dated: January 8, 2019

                                  FORD, WALKER, HAGGERTY & BEHAR

                          BY:   */s/ Renee E. Jensen*
                                 WILLIAM O. WOODLAND
                                 RENEE E. JENSEN
                                 Attorneys for Defendants,
                                 COUNTY OF LOS ANGELES,
                                 MICHELLE LECAVALIER, TINA GRIGORIAN, and CLAUDE BEEKS

I, Renee E. Jensen, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                   */s/ Renee E. Jensen*
                                   RENEE E. JENSEN